

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2017

No. 04-16-00802-CR

Michael Scott **QUINN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6620A
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Pro se Brief is GRANTED. The appellant's pro se brief is due on August 24, 2017.

The Motion for Clerks Records is MOOT. The appellate record was mailed to the appellant by the trial court clerk on May 23, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk